PER CURIAM.

(No. 73-CC-10)

COOK COUNTY STATE'S ATTORNEY'S OFFICE, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF FINANCE, Respondent.

*Opinion filed May 3, 1973.*

COOK COUNTY STATE'S ATTORNEY'S OFFICE, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.